UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NEFTALI AGUILAR-RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | Case No. 1:21-cv-00868-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>**45-DAY DEADLINE** |

Plaintiff has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* in accordance with to 28 U.S.C. § 1915. Accordingly, the Court ORDERS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis* ("IFP"), completed and signed, or in the alternative, pay the $402 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

The Clerk of Court is directed to attach an IFP application form to this Order.

IT IS SO ORDERED.

Dated:  **June 8, 2021**              /s/ Jennifer L. Thurston
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE